[No. 5063–1.   Division One.   January 16, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND W. HAYFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75924, Francis E. Holman, J., entered September 24, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2573–2.   Division Two.   January 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ALPHONSE LEE BRADLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 49964, Thomas A. Swayze, Jr., J., entered September 20, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2578–2.   Division Two.   January 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL ALLEN ORR, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 47373, Stanley W. Worswick, J., entered December 29, 1975. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2030–1.   Division One.   January 23, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES VERDON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 61483, James J. Dore, J., entered November 27, 1972. *Affirmed* by unpublished per curiam opinion.